IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **BYRON DONNELLE CLAY,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| **v.** | **3:25-cv-00124-TES-AGH** |
| **Nurse MS. COOPER,** *et al.,* | |
| *Defendants.* | |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and

Recommendation [Doc. 17]. Plaintiff Byron Clay did not object to the Recommendation in

the allotted time. [*Id.* at p. 3]. So, after reviewing it for clear error, the Court **ADOPTS** it and

**MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. §

636(b)(1)(A). The magistrate judge recommended the Court deny Plaintiff's requests for

preliminary injunctions at this time. [Doc. 17, pp. 2–3]. Accordingly, the Court **DENIES**

Plaintiff's Motion for Temporary Restraining Order Preliminary Injunction, and Protective

Transfer [Doc. 9] and Plaintiff's Emergency Motion for Protective Transfer/Preliminary

Injunction [Doc. 12] at this time. 28 U.S.C. § 636(b)(1).

**SO ORDERED**, this 9th day of March, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**